|    |    |    |
|----|----|----|
| 1  | UNITED STATES DISTRICT COURT | |
| 2  | DISTRICT OF NEVADA | |

                                    * * *

UNITED STATES OF AMERICA,                    2:09-cr-00527-RLH-RJJ

       Plaintiff,

vs.                                          **ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE**

LEON MUHAMMAD,

       Defendant..

      Based on the Motion to Modify Conditions of Supervised Release, and good cause appearing therefore,

      IT IS HEREBY ORDERED ADJUDGED AND DECREED that Mr. Muhammad's conditions be modified to allow him to travel for employment purposes, all other terms and conditions remaining in effect as originally ordered.

      DATED: April 18th, 2013.

                                    _____
                                    UNITED STATES DISTRICT JUDGE